# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| HIEP T. NGO, | ) | CASE NO.  C05-1841-RSM-MAT |
| | ) | (CR04-006-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER RE: PRETRIAL ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is scheduled for an evidentiary hearing on January 19, 2007 at 9:30 a.m., with an exchange of trial briefs and exhibits by 4:00pm on January 16, 2007. The Court also finds that a modified proposed pretrial order would be helpful. Accordingly, the parties shall submit, on or before **January 16, 2007**, a proposed pretrial order conforming with Local Civil Rule 16.1 and addressing the following: claims and defenses; admitted facts and contentions; issues of law; witnesses; and exhibits.

DATED this 24th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PRETRIAL ORDER
PAGE -1