UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HIEP T. NGO, | ) | CASE NO.  C05-1841-RSM-MAT |
| | ) | (CR04-006-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | FIRST AMENDED PRETRIAL |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is scheduled for an evidentiary hearing on March 1, 2007 at 1:30 p.m., with an exchange of trial briefs and exhibits by 4:00pm on February 26, 2007. The Court also finds that a modified proposed pretrial order would be helpful. Accordingly, the parties shall submit, on or before **February 26, 2007**, a proposed pretrial order conforming with Local Civil Rule 16.1 and addressing the following: claims and defenses; admitted facts and contentions; issues of law; witnesses; and exhibits.

DATED this 3rd day of January, 2007.

Mary Alice Theiler
United States Magistrate Judge

FIRST AMENDED PRETRIAL ORDER
PAGE -1