UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HIEP T. NGO, | ) | CASE NO.   C05-1841-RSM-MAT |
| | ) | (CR04-0006-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MINUTE ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

The Report and Recommendation issued on April 6, 2007 (Dkt. 28) relied on a transcript not appropriate for citation. The Court will issue an Amended Report and Recommendation following the docketing of a formal transcript of the evidentiary hearing held in this matter.

DATED this 12th day of April, 2006.

BRUCE RIFKIN, Clerk

By: s/ Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE -1