UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HIEP T. NGO, | ) | CASE NO.   C05-1841-RSM |
| | ) | (CR 04-0006-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's third ground for relief in this § 2255 matter (Dkt. No. 1) is DENIED and this action is DISMISSED; and

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 25 day of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION
PAGE -1